



FILED IN CHAMBERS
APR 09 2020
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER PARRIS | Criminal Action<br>No. 1:20-mj-304-AJB<br>& 1:20-mj-306-AJB |

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Theodore S. Hertzberg, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

### 1. Eligibility of Case

This case is eligible for a detention order because this case involves a serious risk that the defendant will flee.

### 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: April 10, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

BYUNG J. PAK
United States Attorney

*/s/ Theodore S. Hertzberg*
THEODORE S. HERTZBERG
Assistant United States Attorney
Ga. Bar No. 718163

## Certificate of Service

In accordance with Fed. R. Crim. P. 49(a)(3)(B), I served this document today by e-mailing a copy to defense counsel:

Byron Conway

April 10, 2020

/s/ THEODORE S. HERTZBERG
THEODORE S. HERTZBERG
Assistant United States Attorney